UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ANDREW HEMPEL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF GRASS VALLEY, CALIFORNIA, operator of the Grass Valley Police Department, and OFFICER COLTON DUNCAN,<br><br>Defendants. | No.  2:21-cv-01827-MCE-JDP<br><br>**ORDER** |

The Court, having reviewed and considered the parties' Stipulation for an extension of time to file an opposition to Defendants' Motion to Dismiss (ECF No. 17), and good cause appearing,

The date for filing an opposition to said Motion is hereby extended to April 18, 2022.

IT IS SO ORDEERED.

Dated:  April 19, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1