UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ANDREW HEMPEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF GRASS VALLEY, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-01827-MCE-JDP<br><br>**ORDER** |

　　　The Court, having reviewed the Stipulation to Substitute the Estate of Philip Andrew Hempel as Plaintiff submitted by the parties, finds that the parties have shown good cause for the substitution of the Estate of Philip Andrew Hempel as Plaintiff, and hereby orders as follows:

　　　The Estate of Philip Andrew Hempel is hereby substituted as Plaintiff in this action for all purposes.

　　　IT IS SO ORDERED.

Dated: February 6, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1