1  DERICK E. KONZ, SB No. 286902
    Email: dkonz@akk-law.com
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone: (916) 564-6100
5  Telecopier: (916) 564-6263

6  Attorneys for Defendants CITY OF GRASS VALLEY and COLTON DUNCAN

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | THE ESTATE OF PHILIP ANDREW HEMPEL, | Case No.: 2:21-cv-01827-MCE-JDP |
   |---|---|
   |  | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
   | Plaintiff, |  |
   | vs. |  |
   | CITY OF GRASS VALLEY, CALIFORNIA, operator of the Grass Valley Police Department, and OFFICER COLTON DUNCAN, |  |
   | Defendants. |  |

-1-
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER

1    Plaintiff, the Estate of Philip Andrew Hempel, and all Defendants hereby stipulate,
2  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of the Settlement Agreement between
3  the parties, to the dismissal, with prejudice, of all claims, with each party to bear their own
4  attorneys' fees and costs.

5    SO STIPULATED.

Dated: February 27, 2023

*/s/ Patrick H. Dwyer*
(Authorized on 2/23/23)
By:_____
PATRICK H. DWYER
Attorney for Plaintiff

Dated: February 27, 2023         ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*
By:_____
DERICK E. KONZ
Attorneys for Defendants

**ORDER**

Pursuant to stipulation of the parties, and for good cause, this entire action and all claims against Defendants are hereby DISMISSED with prejudice. Each party shall bear their own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 27, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE